Robert J. Gibson (#144974)
hgibson@swlaw.com
Janine A. Schwerter (#268363)
jschwerter@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard
Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

Attorneys for Defendant
Ford Motor Company

FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, INC. and DOES 1 TO 10 Inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:11-cv-07282-SVW-AJW<br><br>[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE<br><br>DATE OF REMOVAL: 9/6/2011<br>DATE OF FILING:　　3/25/2011<br>TRIAL DATE:　　　　6/05/12 |

Based upon Plaintiff Dominique Martinez ("Plaintiff") and Defendant Ford Motor Company's ("Ford") stipulation to dismiss the entire action, with prejudice,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear their own fees and costs.

Dated: 5-30-12

_____
Honorable Steven V. Wilson

CASE NO.: 2:11-cv-07282-SVW-AJW

[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE

15152842.1